IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RUHI REIMER and**
**NOOSHIN REIMER, for themselves and**
**on behalf of others similarly situated,** *et al.,*

      Plaintiffs,

v.                                              Civil Action No. 3:20-cv-00360-REP

**BANK OF AMERICA ,N.A.,**

      Defendant.

### PLAINTIFFS' CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Ruhi Reimer and Nooshin Reimer, for themselves and the Settlement Class Members, by Counsel, pursuant to Fed. R. Civ. P. 23, move for preliminary approval of the class settlement involving the Equal Credit Opportunity Act claim against Bank of America, N.A. Plaintiffs further move for certification of a class for the purposes of settlement, appointment of Class Counsel and Class Representatives, and approval of form and manner of notice.  Plaintiffs further request that the Court set a fairness hearing for final approval of the class action settlement. A Memorandum in Support is filed contemporaneously with this Motion. A copy of the Settlement Agreement, proposed Class Notice, and a proposed Order, are filed as exhibits herewith.  Bank of America, N.A. consents to the filing of and relief sought in this Motion.

Respectfully submitted,

**RUHI REIMER AND NOOSHIN REIMER**

By: _____/s/_____
Susan Mary Rotkis, VSB 40693
Price Law Group, APC
382 S. Convent Ave.
Tucson, AZ 85701

T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I filed the foregoing with the Clerk of Court, using CM/ECF which will serve attorneys of record by sending a notice of electronic filing (NEF) to the following :

Brian E. Pumphrey (VSB No. 47312)
Heidi E. Siegmund (VSB No. 89569)
Keith J. Minson (VSB No. 89417)
Tanya L. Greene
MCGUIREWOODS LLP
Gateway Plaza
800 E Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Fax: (804) 698-2315
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods
comkminson@mcguirewoods.com
TGreene@mcguirewoods.com

*Counsel for Defendant*
*Bank of America, N.A.*

**RUHI REIMER AND NOOSHIN REIMER**

By: _____/s/_____
Susan Mary Rotkis, VSB 40693
Price Law Group, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com

3