IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RUHI REIMER, et al.,

    Plaintiffs,

v.                                Civil Action No. 3:20cv360

BANK OF AMERICA, N.A.,

    Defendant.

## ORDER

Having considered the JOINT MOTION FOR LEAVE TO APPEAR BY REMOTE MEANS AT HEARING ON MOTION FOR PRELIMINARY APPROVAL (ECF No. 40) and the supporting memorandum, it is hereby ORDERED that the JOINT MOTION FOR LEAVE TO APPEAR BY REMOTE MEANS AT HEARING ON MOTION FOR PRELIMINARY APPROVAL (ECF No. 40)  is granted.

It is further ORDERED that the hearing scheduled for 1:30 p.m. shall take place by video conference.  Counsel shall receive a Zoom invitation to this hearing.  Counsel wishing to attend the hearing in person may do so.

Members of the public who wish to attend the hearing remotely may contact the courtroom deputy (804-916-2239), one hour before the scheduled time of the hearing at the latest, to receive information about how to access the Zoom conference.

It is so ORDERED.

                     /s/
                     Robert E. Payne
                     Senior United States District Judge

Richmond, Virginia
Date: January 6, 2021