IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RUHI REIMER and**
**NOOSHIN REIMER, for themselves and**
**on behalf of others similarly situated,** *et al.,*

      **Plaintiffs,**

v.                                                   Civil Action No. 3:20-cv-00360-REP

**BANK OF AMERICA, N.A.,**

      **Defendant.**

## PLAINTIFFS' CONSENT MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Ruhi Reimer and Nooshin Reimer, on behalf of themselves and others similarly situated, move for final approval of this class action settlement. The settlement is fair, reasonable, and adequate. The class has indicated its overwhelming approval of the settlement after receiving notice and having a meaningful opportunity to object and opt-out of the settlement. No member of the class has timely or validly objected to or opted out of the settlement.

For the reasons explained more fully in their memorandum in support of their motion filed herewith, Plaintiffs respectfully request entry of an order of final approval of the class action settlement, certification of the class, appointment of Ruhi Reimer and Nooshin Reimer as class representatives, appointment of Susan M. Rotkis as class counsel, approval of the attorneys' fees requested, and approval of the service award to the successful class representatives.

                                                       Respectfully submitted,

                                                       **RUHI REIMER AND NOOSHIN REIMER**

                                                       By: _____/s/_____
                                                       Susan Mary Rotkis, VSB 40693
                                                       Price Law Group, APC

        382 S. Convent Ave.
        Tucson, AZ 85701
        T: (818) 600-5533
        F: (818) 600-5433
        E: susan@pricelawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

Brian E. Pumphrey (VSB No. 47312)
Heidi E. Siegmund (VSB No. 89569)
Keith J. Minson (VSB No. 89417)
MCGUIREWOODS LLP
Gateway Plaza
800 E Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Fax: (804) 698-2315
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com
kminson@mcguirewoods.com

Tanya L. Greene (CA State Bar No. 267975)
*(Pro Hac Vice*)
Wells Fargo Center, South Tower
355 S. Grand Avenue
Suite 4200
Los Angeles, California 90071
Telephone: (213) 457-9879
Fax: (213) 457-9899
tgreene@mcguirewoods.com

*Counsel for Defendant*
*Bank of America, N.A.*

By: _____/s/_____
Susan Mary Rotkis, VSB 40693
Price Law Group, APC
382 S. Convent Ave.
Tucson, AZ 85701
T: (818) 600-5533
F: (818) 600-5433
E: susan@pricelawgroup.com
*Attorneys for Plaintiffs*