IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RUHI REIMER, *et al.*

    Plaintiffs,

v.                                         Civil Action No. 3:20-cv-360

BANK OF AMERICA, N.A.,

    Defendant.

**ORDER**

Due to a conflict on the Court's schedule, it is hereby ORDERED that the Final Settlement Approval Hearing set for Tuesday, May 25, 2021 at 10:00 AM will be held at 9:30 AM instead.

The hearing shall take place by video conference. Counsel will receive a Zoom invitation to this hearing. Counsel wishing to attend the hearing in person may do so.

Members of the public who wish to attend the hearing remotely may contact the courtroom deputy (804-916-2228), one hour before the hearing at the latest, to receive information about how to access the Zoom conference.

It is so ORDERED.

                                                /s/ *REP*
                                         Robert E. Payne
                                         Senior United States District Judge

Richmond, Virginia
Date: May 18, 2021