IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RUHI REIMER, et al.

    Plaintiffs,

v.                                          Civil Action No. 3:20-cv-360

BANK OF AMERICA, N.A.,

    Defendant.

**ORDER**

For the reasons stated in the FINAL ORDER AND JUDGMENT (ECF No. 55), it is hereby ORDERED that:

1. PLAINTIFFS' CONSENT MOTION FOR ATTORNEYS' FEES AND CLASS REPRESENTATIVES SERVICE AWARD (ECF No. 49) is GRANTED; and

2. PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 51) is GRANTED.

It is so ORDERED.

                                                    /s/ RSP
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: May 27, 2021